MARYLAND CASUALTY COMPANY v. George Burns MURDIE.

No. 6755.

Circuit Court of Appeals, Ninth Circuit.
April 25, 1932.

For opinion below, see 52 F.(2d) 888.

John Ralph Wilson, of San Francisco, Cal., and H. H. Atkinson, of Reno, Nev., for appellant.

Charles H. Sooy, A. A. Heer, and J. H. Sapiro, all of San Francisco, Cal., for appellee.

Before WILBUR and SAWTELLE, Circuit Judges.

PER CURIAM.

Pursuant to stipulation of counsel, ordered appeal dismissed; mandate forthwith.

Mrs. Mary R. MASSEY, as Committee for Oscar Louie Massey, Appellant, v. UNITED STATES of America, Appellee.

No. 3269.

Circuit Court of Appeals, Fourth Circuit.
April 26, 1932.

James H. Glenn, of Chester, S. C., and J. E. McDonald, Jr., of Winnsboro, S. C. (Angus H. MacAulay, of Chester, S. C., on the brief), for appellant.

Joseph A. Tolbert, U. S. Atty., of Greenville, S. C., and John M. George, Insurance Atty., U. S. Veterans' Administration, of Washington, D. C. (William Wolff Smith, Sp. Counsel, Veterans' Administration, and B. Y. Martin and James C. Willcox, Attys., Veterans' Administration, all of Washington, D. C., on the brief), for the United States.

Before PARKER and NORTHCOTT, Circuit Judges, and WAY, District Judge.

PER CURIAM.

This is an action instituted by appellant in the District Court of the United States for the Western District of South Carolina to recover under a war risk insurance policy. The judge below directed a verdict for the defendant.

The action of the trial judge is affirmed on authority of United States v. Harrison, 49 F.(2d) 227, and United States v. Wilson, 50 F.(2d) 1063, decided by this court.

Affirmed.

Lawrence J. MORRIS, Russel H. Johnson, Jr., Lawrence Johnson, and R. Winder Johnson, Copartners Doing Business under the Firm Name and Style of Lawrence Johnson & Co., Appellees, v. LAMPORT & HOLT, Ltd., Appellant.

No. 423.

Circuit Court of Appeals, Second Circuit.
June 6, 1932.

Slayton & Jackson, of New York City (G. Noyes Slayton, of New York City, of counsel), for appellant.

Bigham, Englar, Jones & Houston, of New York City (Henry N. Longley and James N. Senecal, both of New York City, of counsel), for appellees.

Before L. HAND, AUGUSTUS N. HAND, and CHASE, Circuit Judges.

PER CURIAM.

Decree affirmed.